UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-07979-JLS-(KSx) | Date | December 15, 2025 |
|---|---|---|---|
| Title | Artine Khachatourians v. Dime Beauty Co. LLC. | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present      None Present

**PROCEEDINGS:**    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

     This action was filed on August 25, 2025. On December 1, 2025, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before December 8, 2025, why this action should not be dismissed for lack of prosecution [10]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                                                 -    :    -

Initials of Deputy Clerk    kd